**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01418-CV

**ISAIAS GONZALEZ, Appellant**

**V.**

**NORTHFORK INVESTMENTS, LTD., ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05764-D**

## ORDER

We **GRANT** appellant's July 29, 2015 unopposed motion for an extension of time to file

a reply brief. Appellant shall file a reply brief by September 2, 2015.

/s/    ELIZABETH LANG-MIERS
           JUSTICE